UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

VUTEK, INC.,                                )
                                            )
    Plaintiff,                              )
                                            )  Case No.
v.                                          )
                                            )
LEGGETT & PLATT, INCORPORATED               )
and L&P PROPERTY MANAGEMENT                 )
COMPANY,                                    )
                                            )
    Defendant.                              )

## ORIGINAL FILING FORM

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

____THIS CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS

PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER_____

AND ASSIGNED TO THE HONORABLE JUDGE_____.

✓ NEITHER THIS CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT,

PREVIOUSLY HAS BEEN FILED IN THIS COURT, AND THEREFORE MAY BE

OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 11/06/07

_____
Signature of Filing Party