UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VUTEK, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:07CV1886 CDP |
| LEGGETT & PLATT, INCORPORATED and L&P PROPERTY MANAGEMENT COMPANY, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that the court will address the scheduling issues raised by Leggett & Platt's request for additional time to respond to the summary judgment motion at the Rule 16 conference previously scheduled for March 28. The parties should address this issue in their joint scheduling plan, and no response will be due pending that conference.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of March, 2008.