UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VUTEK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV1886 CDP |
| | ) |
| LEGGETT & PLATT, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the Court will conduct a telephone scheduling conference with counsel on **Thursday, September 17, 2009 at 10:00 a.m.** Plaintiff's counsel is responsible for placing the call.

**IT IS FURTHER ORDERED** that no later than **Monday, September 14, 2009** the parties shall file a joint proposed schedule for all steps remaining in this case. Any disagreements are to be noted on the proposal. The parties are specifically requested to address the appropriateness and timing of any referral of this matter to mediation.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of July, 2009.